**UNITED STATES of America, Plaintiff–Appellee**

v.

**Ofelia Valeriano De SANDOVAL, Defendant–Appellant.**

**No. 13–50638**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Aug. 15, 2014.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Sandra Kay Wilson, Esq., Marathon, TX, for Defendant–Appellant.

Before SMITH, PRADO, and OWEN, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Ofelia Valeriano De Sandoval (Sandoval) has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Sandoval has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

**398**

for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

The attorney appointed to represent Jamie Carrasco Mora has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Mora has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Mora's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.